

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01081-CV

Jimmy **POTHITAKIS**,
Appellant

v.

**UNITRIN SAFEGUARD INS. CO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2020CV02127
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Patricia O. Alvarez, Justice
    Lori I. Valenzuela, Justice

Delivered and Filed: May 1, 2024

DISMISSED FOR WANT OF PROSECUTION

On February 8, 2024, this court issued an order deeming the reporter's record complete based on appellant's failure to provide written proof either the reporter's fee has been paid or arrangements have been made to pay the reporter's fee or appellant is entitled to appeal without paying the reporter's fee. The clerk's record was filed on February 12, 2024. Accordingly, appellant's brief was due to be filed by March 13, 2024.

Neither the brief nor a motion for extension of time compliant with Texas Rule of Appellate Procedure 10.5(b) was filed. On March 20, 2024, we ordered appellant to file, no later than April

1, 2024, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if he failed to timely file a brief and the written response by April 1, 2024, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order). Appellant did not file a timely response to our March 20th order. We dismiss this appeal for want of prosecution.

PER CURIAM